UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEVIN T. LESTER et al.,

        Plaintiffs,                  Case No. 1:19-cv-354

v.                                        Honorable Paul L. Maloney

STATE OF MICHIGAN et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff McKay's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff Lester's claims, if any, are **DISMISSED WITHOUT PREJUDICE**.


Dated:  June 12, 2019                    /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge